# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: admin | Date Created: 10/19/2026 |
| Case: 26−12474−jpm | Form ID: def7or13 | Total: 3 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |
| tr | Thomas C. Frost | info@FrostSDNY13.com |

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Yvonne DeLaney Mitchell | 126 West 121st Street | apt 1 | New York, NY 10027 |

TOTAL: 1