# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: admin | Date Created: 10/19/2026 |
| Case: 26−12474−jpm | Form ID: 309I | Total: 7 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | |
|---|---|
| db | Yvonne DeLaney Mitchell 126 West 121st Street apt 1 New York, NY 10027 |
| ust | United States Trustee Office of the United States Trustee − NY Alexander Hamilton Custom House One Bowling Green, Room 534 New York, NY 10004−1408 |
| tr | Thomas C. Frost Chapter 13 Standing Trustee 399 Knollwood Rd Suite 102 White Plains, NY 10603 |
| smg | New York State Tax Commission Bankruptcy/Special Procedures Section P.O. Box 5300 Albany, NY 12205−0300 |
| smg | United States Attorney's Office Southern District of New York Attention: Tax & Bankruptcy Unit 86 Chambers Street, Third Floor New York, NY 10007 |
| smg | N.Y. State Unemployment Insurance Fund P.O. Box 551 Albany, NY 12201−0551 |
| 9465612 | DD NOTES LLC HARRY ZUBLI 175 GREAT NECK RD SUITE 403 GREAT NECK, NY 11021 |

TOTAL: 7