KRISS & FEUERSTEIN LLP
360 Lexington Avenue, Suite 1200
New York, New York 10017
(212) 661-2900
(212) 661-9397-fax
Christopher D. Palmieri, Esq.
Andrew S. Muller, Esq.
Daniel N. Zinman, Esq.
Jerold C. Feuerstein, Esq.
cpalmieri@kandfllp.com
amuller@kandfllp.com
dzinman@kandfllp.com
jfeuerstein@kandfllp.com

*Attorneys for DD Notes LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>YVONNE DELANEY MITCHELL,<br><br>Debtor. | Chapter 13<br><br>Case No. 26-12474 (JPM)<br><br>Hon. John P. Mastando III<br>United States Bankruptcy Judge |

**NOTICE OF APPEARANCE OF KRISS & FEUERSTEIN LLP AS ATTORNEYS FOR DD NOTES LLC, PURSUANT TO BANKRUPTCY RULE 9010 AND DEMAND FOR SERVICE OF ALL NOTICES, ETC., PURSUANT TO BANKRUPTCY RULE 2002**

**NOTICE IS HEREBY GIVEN**, pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure ("*Bankruptcy Rules*") that Kriss & Feuerstein LLP, 360 Lexington Avenue, Suite 1200, New York, New York 10017, appears for and on behalf of DD Notes LLC, a creditor in this bankruptcy case.

**NOTICE IS FURTHER GIVEN**, that pursuant to Federal Rule of Bankruptcy Procedure 2002, it is requested that all notices given or required to be given in this Chapter 13 case, including but not limited to all papers filed and served in all adversary proceedings in this case and all notices mailed to any statutory committees or their authorized agents, be given and served upon:

**KRISS & FEUERSTEIN LLP**
Christopher D. Palmieri, Esq.
Andrew S. Muller, Esq.
Daniel N. Zinman, Esq.
Jerold C. Feuerstein, Esq.
360 Lexington Avenue, Suite 1200
New York, New York 10017
(212) 661-2900
cpalmieri@kandfllp.com
amuller@kandfllp.com
dzinman@kandfllp.com
jfeuerstein@kandfllp.com

**NOTICE IS FURTHER GIVEN**, that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of application, motions, petitions, pleadings, requests, complaints or demands, whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, or otherwise that affects the above-named debtor in possession, or the property of such debtor or of the debtor's estate.

Dated: New York, New York
October 20, 2026

**KRISS & FEUERSTEIN LLP**
*Attorneys for DD Notes LLC*

By: */s/ Christopher D. Palmieri*
Christopher D. Palmieri, Esq.
Andrew S. Muller, Esq.
Daniel N. Zinman, Esq.
Jerold C. Feuerstein, Esq.
360 Lexington Avenue, Suite 1200
New York, New York 10017
(212) 661-2900
(212) 661-9397 fax
cpalmieri@kandfllp.com
amuller@kandfllp.com
dzinman@kandfllp.com
jfeuerstein@kandfllp.com