**KRISS & FEUERSTEIN LLP**
360 Lexington Avenue, Suite 1200
New York, New York 10017
(212) 661-2900
(212) 661-9397 – facsimile
Christopher D. Palmieri, Esq.
Jerold C. Feuerstein, Esq.
Daniel N. Zinman, Esq.
Andrew S. Muller, Esq.
cpalmieri@kandfllp.com
jfeuerstein@kandfllp.com
dzinman@kandfllp.com
amuller@kandfllp.com

*Attorneys for DD Notes LLC*

**Hearing Date: December 17, 2026**
**Time: 9:00 A.M.**

**Objection Deadline: December 10, 2026**
**Time: 4:00 P.M.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

YVONNE DELANEY MITCHELL,

Debtor.
-----------------------------------------------------------X

Chapter 13

Case No.: 26-12474 (JPM)

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that DD Notes LLC (the "Secured Creditor"), secured creditor of the above captioned Chapter 13 bankruptcy case filed by debtor Yvonne Delaney Mitchell (the "Debtor"), will move (the "Motion") before the Honorable John P. Mastando III, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, located at One Bowling Green, New York, New York 10004-1408, Courtroom 723 (the "Court Room"), on **December 17, 2026 at 9:00 a.m.**, or as soon thereafter as counsel can be heard, for the entry of an Order pursuant to Sections 105(a) and 543(d) of Title 11 of the United States Code (the "Bankruptcy Code"): (i) authorizing the Receiver, Joseph M. Mattone, Jr., Esq. (the "Receiver"), to remain in possession, custody control of the Debtor's real property pursuant to 11

U.S.C. § 543(d); (ii) excusing the Receiver from any turnover requirement pursuant to 11 U.S.C. § 543(a) and (b), including pending resolution of this motion; (iii) authorizing the Receiver to continue to maintain and operate the real property owned by the Debtor commonly known as 126 West 121st Street, New York, New York 10027 (Block: 1905; Lot: 46) (the "Property") in the ordinary course of business and pursuant to the Receivership Order entered on April 16, 2026 (the "Receivership Order") pursuant to 11 U.S.C. § 543(c); and (iv) granting such further and different relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE**, that a hearing shall be conducted remotely via Zoom for Government pursuant to the court's rules posted at: https://www.nysb.uscourts.gov/content/judge-john-p-mastando-iii. Parties who wish to (i) participate "live" or (ii) listen only to a hearing telephonically may do so without requesting permission from Chambers. Parties must register for the Zoom for Government hearing using the eCourtAppearances tool located on the Court's website https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. Outlook invitations will be sent after 4:00pm the business day before the hearing.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the Motion must be made in writing and received: (i) in the Bankruptcy Clerk's office at the United States Bankruptcy Court for the Southern District of New York, located at One Bowling Green, New York, New York 10004-1408, (ii) by the undersigned, Kriss & Feuerstein LLP, 360 Lexington Avenue, Suite 1200, New York, New York 10017; (iii) by the Office of the United States Trustee, One Bowling Green, Suite 534, New York, 10004-1408; and (iv) by the Chapter 13 Standing Trustee, Thomas C. Frost, 399 Knollwood Rd., Suite 102, White Plains, NY 10603, no later than **seven *(7)* days** prior to the hearing date set forth herein.

Dated: New York, New York
November 20, 2026

KRISS & FEUERSTEIN LLP
*Attorney for secured creditor*
*DD Notes LLC*

By: /s/ Christopher D. Palmieri
Christopher D. Palmieri, Esq.
Jerold C. Feuerstein, Esq.
Daniel N. Zinman, Esq.
Andrew S. Muller, Esq.
360 Lexington Avenue, 12th Floor
New York, New York 10017
(212) 661-2900